# DISTRICT COURT OF MARYLAND FOR _____

**LOCATED AT (COURT ADDRESS)**

**CASE NO.:** CVD-9-CV-19-011966

## COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

☑ $5,000 or under  ☐ over $5,000  ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☑ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

TSA Control No: 2018072352407

TSA employees denied physically breaking Charese Johnson's laptop during troweling and checking luggage. Charese Johnson sent substantial factual evidence of claim.

### PARTIES

**Plaintiff:** Charese Johnson
548 Beards Hill Road
Aberdeen, MD 21001

**Defendant(s):**
1. Transportation Security Administration
U.S. Dept of Homeland Security
 — Serve by: ☑ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. Claims Management Branch
601 S. 12th Street, TSA-9
Arlington, VA 20598-6009
 — Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. _____

4. FILED 08/30/2019 @ 12:00pm
CMS / OAR

(See Continuation Sheet)

The Plaintiff claims $ 5,000, plus interest of $ 0, Interest at the ☐ legal rate ☐ contractual rate calculated at _____%, from 4/1/2019 to 8/30/19 (_____ days x $ _____ per day) and attorney's fees of $ _____ plus court costs.

☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code
Printed Name: Charese Johnson
Address: 548 Beards Hill Rd Aberdeen MD 21001
Telephone Number: 443-752-8886
Fax: 1-888-688-8452
E-mail: cadesalu@gmail.com

### ATTORNEYS

For Plaintiff - Name, Address, Telephone Number & Code

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: _____

☐ I am unable to determine whether or not any Defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

Date: 8/30/19
Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☑ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

Date: 8/30/19
Signature of Affiant

CV-001 (front) (Rev. 01/2016)   Print Date (01/2016)